UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN A. JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>RACHEL POND, et al.,<br><br>        Defendants. | Case No.  1:23-cv-01489-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED AND DIRECTING PLAINTIFF TO PAY FILING FEE<br><br>(Docs. 4, 6)<br><br>**21-DAY DEADLINE** |

      The assigned magistrate judge issued findings and recommendations that Plaintiff's application to proceed *in forma pauperis* be denied and that Plaintiff be directed to pay the $402.00 filing fee in full to proceed with this action because the information that Plaintiff provided to the Court reflects that she is financially able to pre-pay the entire filing fee to commence this action.  (Doc. 6.) Those findings and recommendations were served on Plaintiff, and it contained notice that any objections thereto were to be filed within 14 days after service. (*Id.* at 3.) Plaintiff did not file objections and the deadline to do so has expired.

      According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Thus, the Court

1

**ORDERS**:

1. The findings and recommendations issued on November 22, 2023, (Doc. 6), are **ADOPTED IN FULL**.
2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's application to proceed *in forma pauperis*, (Doc. 4), is **DENIED**.
3. Within **21 days** following the date of service of this order, Plaintiff shall pay the $402.00 filing fee in full to proceed with this action. If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:   **December 12, 2023**

UNITED STATES DISTRICT JUDGE

2