# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN A. JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RACHEL POND, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01489-JLT-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO COMPLETE SERVICE AND CONTINUING SCHEDULING CONFERENCE TO AUGUST 22, 2024<br><br>(ECF Nos. 15) |

Plaintiff Robin Jones ("Plaintiff") initiated this litigation against on October 18, 2023, 2022. (ECF No. 1.) The initial scheduling conference is currently set for May 14, 2024. (ECF No. 14.) On March 29, 2024, Plaintiff filed a request for a forty day extension of time to render service of process, which the Court construes as a motion for an extension of time to complete service pursuant to Fed. R. Civ. P. 4(m). (ECF No. 15.) This is Plaintiff's first requested extension.

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id.

///

1    Here, the Court finds good cause to extend the deadline to effectuate service and will
2 continue the mandatory scheduling conference to accommodate the extension. Fed. R. Civ. P
3 4(m); Fed. R. Civ. P. 16(b).
4    Accordingly, IT IS HEREBY ORDERED that:
5    1.   Plaintiff's motion for extension of time to render service of process (ECF No. 15),
6         construed as a motion for an extension of time to complete service pursuant to
7         Fed. R. Civ. P. 4(m) is GRANTED;
8    2.   The deadline for Plaintiff to complete service on Defendant shall be extended to
9         **June 10, 2024**;
10   3.   The scheduling conference currently set for May 14, 2024, is CONTINUED to
11        **August 22, 2024**, at **9:30 a.m.** in **Courtroom 9**; and
12   4.   The parties shall file a joint scheduling report **seven (7) days** prior to the
13        scheduling conference.

IT IS SO ORDERED.

Dated:   **April 1, 2024**

UNITED STATES MAGISTRATE JUDGE

2