# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN A. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>RACHEL POND, et al.,<br><br>    Defendants. | Case No.  1:23-cv-01489-JLT-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 18) |

Robin A. Jones ("Plaintiff"), proceeding pro se, filed this action on October 18, 2023. (ECF No. 1.)  On June 21, 2024, Plaintiff was granted a final extension of time to serve the defendants.  (ECF No. 19.)  The Court cautioned Plaintiff that it would recommend dismissal if the Defendants were not served by July 30, 2024.

On July 30, 2024, Plaintiff filed a California Judicial Council Form Civ-110 Request for Dismissal, requesting that the Clerk of Court dismiss the action without prejudice.  (ECF No. 20.)  The Court construes the pro se Plaintiff's filing of a California state court form request for dismissal as one for notice of voluntary dismissal without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999)

1

1  (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  The Ninth Circuit has
2  held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet
3  to serve an answer or motion for summary judgment.  Pedrina v. Chun, 987 F.2d 608, 609 (9th
4  Cir. 1993).  "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required,
5  the parties are left as though no action had been brought, the defendant can't complain, and the
6  district court lacks jurisdiction to do anything about it."  Commercial Space Mgmt. Co., Inc., 193
7  F.3d at 1078.  In this action, no defendant has filed an answer or other responsive pleading.

8        Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this
9  case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

11  IT IS SO ORDERED.

12  Dated:  **July 31, 2024**

                                                      UNITED STATES MAGISTRATE JUDGE